# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## 5:05cv265

| | |
|---|---|
| LISA MICELI, )<br>)<br>     **Plaintiff,** )<br>)<br>Vs. )<br>)<br>KBRG OF STATESVILLE, LLC, )<br>)<br>     **Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on plaintiff's Motion for a Local Rule 16.1 Conference (#18). Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for a Local Rule 16.1 Conference (#18) is summarily **GRANTED,** and an initial pretrial conference is scheduled for August 7, 2007, at 4 p.m., in Asheville, North Carolina, Courtroom No. 2, at which all pending motions will be discussed and resolved and a Pretrial Order entered.

Prior to such hearing, counsel for defendant shall file an amended corporate disclosure statement reflecting the status of defendant as well as <u>immediately</u> inform this court whether defendant LLC has been dissolved and the name of its successor in interest.

Signed: July 24, 2007

Dennis L. Howell
United States Magistrate Judge