# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:05cv265

| | |
|---|---|
| LISA MICELI, )<br>)<br>      Plaintiff, )<br>)<br>Vs. )<br>)<br>KBRG OF STATESVILLE, LLC; and )<br>KBRG HOLDINGS, INC., )<br>)<br>      Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on defendants' Motion to Stay Deadlines Pending District Court Review (#59). On or about January 30, 2008, respective counsel informed the court in a conference call that all parties now consent to the proposed stay, albeit for different reasons. It appearing that good cause exists to grant the stay, and that the district court concurs, the relief will be allowed and this action stayed.

The parties will, however, be required during the first 30 days of the stay to return to mediation in an attempt to resolve this case. In returning to mediation, counsel should carefully consider their clients' legal as well as factual positions, which can be valued. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Stay Deadlines Pending District Court Review (#59) is **GRANTED,** and all deadlines and settings contained in the Pretrial Order are **STAYED** pending further Order of the district court as to docket entry #36. During the first 30 days of such stay, the parties shall return to mediation in a good faith attempt to resolve this action in an amicable manner. In the event settlement is reached, respective counsel should file a notice indicating the expected date of filing the Rule 41 dismissal.

Signed: January 30, 2008

Dennis L. Howell
United States Magistrate Judge